UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS NOEL CRUZ<br>　　　　Petitioner,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | CIV. NO. 3:11CV787(JCH)<br><br>CRIMINAL NO. 3:94CR112(AHN)<br><br><br><br>January 9, 2018 |

GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO PETITIONER'S § 2255 MOTION

　　　　The government submits the attached decision from the Connecticut Appellate Court issued on December 26, 2017, as supplemental authority relevant to the issue currently raised in the motion to vacate the sentence filed by Luis Noel Cruz (hereinafter "Cruz").

　　　　In *State* v. *Mukhtaar*, 179 Conn. App. 1, 2017 WL 654206 (2017) (attached hereto as exhibit A) the Connecticut Appellate Court concluded that the Eighth Amendment protections afforded juvenile offenders pursuant to decisions of the United States Supreme Court is chronologically and categorically limited to defendants who were under the age of 18 at the time of the crime, regardless of the alleged state of their brain development. The Connecticut Appellate Court, citing *Roper v. Simmons*, 543 U.S. 551 (2005), *Graham v. Florida*, 560 U.S. 48 (2010), and *Miller v. Alabama*, 567 U.S. 460 (2012), upheld a 50-year term of imprisonment for Mukhtaar, who was 20 when he shot and killed another person. *See Mukhtaar*, 2017 WL 654206,

1

at *3.   In reaching this conclusion, the court concluded that "[t]he United States Supreme Court . . . has expressly restricted *Miller* to apply only to those chronologically under the age of eighteen." *Id.* at *4; *see also id.* ("Finally, this court recently held that '[e]xpanding the application of *Miller* to offenders eighteen years of age or older simply does not comport with existing eighth amendment jurisprudence pertaining to juvenile sentencing.' *Haughey v. Commissioner of Correction*, 173 Conn. App. 559, 568, 164 A.3d 849, *cert. denied*, 327 Conn. 906, 170 A.3d 1 (2017).").

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY

    /s/ *Patricia Stolfi Collins*
    PATRICIA STOLFI COLLINS
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. phv08052
    157 Church Street; 23rd Floor
    New Haven, CT 06510
    Patricia.stolfi.collins@usdoj.gov
    Tel.: (203) 821-3700
    Fax: (203) 773-5389

CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2018, the foregoing Notice of Supplemental Authority was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

      /s/ *Patricia Stolfi Collins*
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv08052
157 Church Street; 23rd Floor
New Haven, CT 06510
Patricia.stolfi.collins@usdoj.gov
Tel.: (203) 821-3700
Fax: (203) 773-5389